**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | |
|---|---|
| TRINA M. ANGLEMYER, | |
| Plaintiff, | Case No. 3:19-cv-00414-JD-MGG |
| v. | Honorable Judge Michael G. Gotsch, Sr. |
| DIVERSIFIED CONSULTANTS, INC., | |
| Defendant. | |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that TRINA M. ANGLEMYER ("Plaintiff"), hereby notifies the Court that Plaintiff and Defendant DIVERSIFIED CONSULTANTS, INC., have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal.

Respectfully submitted this 25th day of July, 2019.

Respectfully submitted,

*s/ Marwan R. Daher*
Marwan R. Daher
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (630) 575-8181
mdaher@sulaimanlaw.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*s/ Marwan R. Daher*_____
Marwan R. Daher