**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | |
|---|---|
| TRINA M. ANGLEMYER, | |
| Plaintiffs, | Case No.: 3:19-cv-00414-JD-MGG |
| v. | Honorable Judge Michael G. Gotsch, Sr. |
| DIVERSIFIED CONSULTANTS, INC., | |
| Defendant. | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, TRINA M. ANGLEMYER and the Defendant, DIVERSIFIED CONSULTANTS, INC., through their respective counsel and pursuant to Federal Rule of Civil Procedure 41, that the above-captioned case be dismissed without prejudice with leave to reinstate within 45 days. After 45 days, the dismissal shall become with prejudice, with Plaintiff to bear her own costs and attorneys' fees.

Dated: August 23, 2019                    Respectfully Submitted,


**TRINA M. ANGLEMYER**                 **DIVERSIFIED CONSULTANTS, INC.**


*/s/ Marwan R. Daher*                    */s/ Andrew E. Cunningham (with consent)*
Marwan R. Daher, *Of Counsel*            Andrew E. Cunningham
*Counsel for Plaintiff*                  *Counsel for Defendant*
Sulaiman Law Group, Ltd.                 Sessions, Fishman, Nathan & Israel
2500 S. Highland Ave., Ste. 200          141 W. Jackson Blvd., Suite 3550
Lombard, Illinois 60148                  Chicago, Illinois 60604
Phone: (630) 575-8181                    Phone: (312) 578-0990
mdaher@sulaimanlaw.com                   acunningham@sessions.legal

1

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.


*/s/ Marwan R. Daher*
Marwan R. Daher