UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| TRINA M. ANGLEMYER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO: 3:19-CV-414-JD |
| | ) | |
| DIVERSIFIED CONSULTANTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

This matter is before the Court on the Parties' Stipulation of Dismissal Without Prejudice, pursuant to Fed. R. Civ. P. 41(a)(2). Specifically, the parties seek an order of dismissal without prejudice which would automatically convert to one with prejudice if reinstatement is not sought within 45 days. However, the Court is not amenable to such "springing orders," or judgments that become final automatically upon the occurrence of some condition specified in an earlier order, which the Seventh Circuit has criticized for the uncertainty they create. *See Shapo v. Engle*, 463 F.3d 641, 643–44 (7th Cir.2006); *Shah v. Inter-Continental Hotel Chicago Operating Corp.*, 314 F.3d 278, 281 (7th Cir. 2002); *see also Raymer v. Mollenhauer*, No. 3:10-CV-210-PS, 2011 WL 338825, 2 (N.D. Ind. Jan. 31, 2011). Instead, with the parties having entered into a stipulation thereby resolving this case, the Court ORDERS this case administratively closed for statistical purposes, and further ORDERS the parties to file their stipulation for dismissal with prejudice on or before Tuesday, October 15, 2019.

Administratively closing the case simply moves the case to the inactive docket, while the Court retains jurisdiction over it for the purpose of dismissing the case upon the joint request of the parties after the 45-day period has lapsed. This order does not prejudice the rights of the

parties to this litigation. If circumstances should change prior to the case's dismissal, then the case can be restored to the active docket and proceed to final disposition upon motion of a party and order of the Court.

    SO ORDERED.

    ENTERED:  August 26, 2019

                                                /s/ JON E. DEGUILIO
                                            Judge
                                            United States District Court